# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00135-CV

**In re Leon Posada**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: May 17, 2019